# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL BECK, | ) |
| Plaintiff, | ) |
| | ) Civil No. 12-739 |
| v. | ) Judge Nora Barry Fischer |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| C/O NICOLETTI, et al., | ) |
| Defendants. | ) |

## ORDER

AND NOW, this 18th day of December, 2014, after Plaintiff, filed a *pro se* Complaint in the above-captioned case on March 20, 2013, and after a Report and Recommendation was filed by Magistrate Judge Lisa Pupo Lenihan on November 28, 2014, (Docket No. [18]), recommending that the instant matter be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure due to Plaintiff's failure to prosecute, and further granted Plaintiff fourteen (14) days, or until December 12, 2014, to file written objections thereto, and Plaintiff having filed no objections to same by the date of this Order, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Complaint is DISMISSED for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order, a notice of appeal, as

1

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

> s/Nora Barry Fischer
> Nora Barry Fischer
> United States District Judge

cc: Michael Beck
    27 A West Main Street
    Brookville, PA 15825
    (regular and certified mail)